■ In the Matter of DANIEL CHAZANOFF, Appellant, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF ROCHESTER et al., Respondents.—Judgment unanimously affirmed, without costs, for the reasons stated in the opinion at Special Term, Boehm, J. (Appeal from judgment of Monroe Supreme Court—art 78.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Moule, JJ.

■ ROTH STEEL CORPORATION, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 59740.)—Appeal dismissed on stipulation. (Appeal from judgment of Court of Claims—discovery.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Moule, JJ.

■ BENDERSON DEVELOPMENT COMPANY, INC., Respondent, v OXFORD CORPORATION, Appellant. (Action No. 1.) BENDERSON DEVELOPMENT COMPANY, INC., Respondent, v AMERICAN PRECISION INDUSTRIES, INC., Successor by Merger to the Oxford Corporation, Appellant. (Action No. 2.)—Order unanimously affirmed with costs on the memorandum at Special Term, Ball, J. (Appeal from Order of Erie Supreme Court—restore to calendar.) Present —Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.